JACK FISCHER and Another, Respondents, v. BANK OF MANHATTAN COMPANY, Appellant.— The amended complaint states a cause of action. The exhibits attached to the amended complaint are not so conclusive as to be determinative of the claims made by defendant. The facts with respect to the relationship of the parties should be developed at a trial. Order denying defendant's motion for judgment on the pleadings dismissing the amended complaint for insufficiency unanimously affirmed, with twenty dollars costs and disbursements. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

CHARLES T. LAZURE, Respondent, v. CADMAN H. FREDERICK and Another, Appellants.— Action to recover the purchase price of certain real property aggregating $2,073.36 and interest, after alleged rescission of the contract of sale. Order denying defendants' motion for judgment dismissing the complaint for insufficiency unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

CLAIR MARCELLE, INC., Respondent, v. AGFA ANSCO CORPORATION, Appellant. — Action to recover damages for alleged breach of warranty of portrait films sold by defendant to plaintiff. Order granting defendant's motion for a reargument, and on reargument adhering to the original decision denying defesndant's motion for summary judgment, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS SASSO, Appellant.— Judgment convicting defendant of the crime of selling intoxicating liquors for consumption off the premises without a license (Alcoholic Beverage Control Law, Laws of 1934, chap. 478, §§ 100, 130), unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of ELIZABETH BOWEN, Deceased. ROBERT W. McKENNA, Appellant; CORNELIUS F. BOWEN, Respondent.— The administrator of the estate of Elizabeth Bowen, deceased, seeks in this discovery proceeding to recover from the estate of Patrick J. Bowen the proceeds of a savings bank deposit and other personal property. The bank deposit was made by Patrick J. Bowen in his lifetime " in trust for wife, Elizabeth, 53 years." Order dismissing petition for discovery of said bank deposit and other personal property unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. [156 Misc. 435.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VITA GRAZZI and RALPH SALEM, Appellants.— Judgment convicting defendants of the crime of arson in the first degree (Penal Law, § 221) unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.